# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hayley D. Musgrove                Case Number: 4:04CR00029-001

Sentencing Judicial Officer:   Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:    June 24, 2005

Original Offense:             Reckless Driving in violation of 18 U.S.C. § 13

Original Sentence:            12 months probation

Date Supervision Commenced: June 24, 2005

### PETITIONING THE COURT

[X]   To extend the term of probation for **one year**, for a total term of **two years**.
[X]   To modify the conditions of probation as follows:

The defendant, as a special condition of supervision, shall reside at, and participate in, a community corrections center program, under the community corrections component, as approved by the Probation Officer, for a period not to exceed 96 hours or until discharged by the program director, pursuant to 18 U.S.C. 3563(b)(11). The 96 hours may be satisfied by intermittent confinement if authorized by the community corrections center program.

### CAUSE

In November 2005, the defendant's supervision was transferred to the Central District of California (CD/CA) from the District of Alaska. The defendant began participating in the contracted outpatient substance abuse treatment and testing program in San Luis Obispo, California.

According to a letter submitted by U.S. Probation Officer Christopher L. Quici prepared on April 11, 2006, the defendant has agreed to modify conditions of supervision. The defendant failed to appear for the required substance abuse testing on February 3, 6, 9 and 14, 2006. Additionally, the defendant failed to appear for the required group counseling sessions scheduled on February 6 and 13, 2006.

On February 18, 2006, the defendant reported for a required substance abuse test, where the defendant appeared to be under the influence of alcohol and submitted an alcohol positive urine screen. The defendant admitted to consuming alcohol, which is against the policy of the formal treatment and testing program, that requires total abstention from the consumption of alcohol.

On February 21, 2006, the defendant failed to appear for required substance abuse testing.

Due to the above noted violations, the defendant was verbally reprimanded by the assigned U.S. Probation Officer, extended in Phase I, high-risk testing and counseling services and directed to attend 12-Step meetings.

The request to modify conditions of probation, which includes placement at a community corrections office and an extension of her term of probation will serve to heighten community safety, while affording the defendant more intensive substance abuse testing and treatment. The defendant's term of probation is currently scheduled to expire on June 23, 2006.

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: April 25, 2006

Approved by:

REDACTED SIGNATURE

Marci D. Lundgren
Senior U.S. Probation Officer

---

**THE COURT ORDERS:**

[✓] The Modification of Conditions as Noted Above
[✓] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other:

REDACTED SIGNATURE

Terrance W. Hall
U.S. Magistrate Judge

Date: 25 Apr 2006