UNITED STATES DISTRICT COURT

District of Alaska
U.S.A. vs. Hayley Dianna MUSGROVE
Docket No. F CR04-00029-TRW

Waiver of Hearing to Modify Conditions of
Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) The period of probation shall be extended for a period of one year, for a total probation term of two years.

2) The defendant, as a special condition of supervision, shall reside at, and participate in, a community corrections center program, under the community corrections component, as approved by the Probation Officer, for a period not to exceed 96 hours or until discharged by the program director, pursuant to 18 USC 3563(b)(11). The 96 hours may be satisfied by intermittent confinement if authorized by the community corrections center program.

Signed: _____   Date: 3/31/06
Hayley Dianna MUSGROVE
Probationer

**REDACTED SIGNATURE**   3/31/2006
CHRISTOPHER L. QUICI
United States Probation Officer