# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hayley D. Musgrove                        Case Number: 4:04CR00029-001

Sentencing Judicial Officer:   Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:   June 24, 2005

Original Offense:   Reckless Driving in violation of 18 U.S.C. § 13

Original Sentence:   12 months probation

Date Supervision Commenced: June 24, 2005

## PETITIONING THE COURT

[ ]   To extend the term of probation
[X]   To modify the conditions of probation as follows:

The defendant shall refrain from unlawful use of controlled substance and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

## CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with U.S. v. Stephens, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: December 14, 2006

*Request for Modification of Conditions or Term*
*Hayley D. Musgrove*
*4:04CR00029-001*

Approved by:

**REDACTED SIGNATURE**

Marci D. Lundgren
Senior U.S. Probation Officer

---

**THE COURT ORDERS:**

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other:

**REDACTED SIGNATURE**

Terrance W. Hall
U.S. Magistrate Judge

Date: 20 Dec 2006

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Hayley Diana Musgrove            Docket No.: 4:04CR00029-001

    I, Hayley Diana Musgrove, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

    The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: _[signature]_                              Date: May 17, 2006
Hayley Diana Musgrove
Probationer or Supervised Releasee

Witness: _[signature]_                           Date: November 21, 2006
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer