PROB 12A
(7/93)

# United States District Court
## for the
## District of Alaska

### Report On Offender On Probation

RECEIVED
MAY 01 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Name of Offender: Hayley D. Musgrove                    Case Number: 4:04-Cr-00029-001

Name of Sentencing Judicial Officer:    Terrance W. Hall, U.S. Magistrate Judge

Date of Original Sentence:    June 24, 2005

Original Offense:    Reckless Driving in violation of 18 U.S.C. 13

Original Sentence:    12 months probation

Date Supervision Commenced:    June 24, 2005

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of probation:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on or about March 9, 2007, at or near Santa Barbara, the defendant submitted a substance abuse test which contained alcohol.   This violation is a Grade C violation. |

Intervention: According to United States Probation Officer Marc Stein of the Central District of California, due to the above violation, he increased the defendant's testing to the maximum level of six to eight tests per month. Furthermore, the defendant has been instructed by U.S.P.O. Stein to attend a minimum of two weekly Alcohol Anonymous meetings.

Supervision Compliance: According to U.S.P.O. Stein, the defendant appears to be in compliance with all other conditions of probation. Additionally, the defendant continues to attend college full-time and is employed on a part-time basis to support herself.

U.S. Probation Officer's Proposed Action:    It is respectfully recommended that the Court take no further action at this time.

*Report on Offender On Probation*
*Hayley D. Musgrove*
*4:04-Cr-00029-001*

Respectfully submitted,

*[signature]*

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: April 24, 2007

Approved by:

*[signature: Marci Lindgren for]*
Eric D. Odegard
Supervising U.S. Probation Officer

---

[✓] No further action at this time
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____

_____

*[signature]*
_____
Terrance W. Hall
U.S. Magistrate Judge

Date: 1 May 2007

-2-