NELSON COHEN
United States Attorney

TODD N. GEORGE
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6511
Fax: (907) 353-6662
WA Bar No. 30436

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 4:04-cr-00029-TWH-1 |
| ) | |
| **HAYLEY D. MUSGROVE** ) | |
| ) | |
| **Defendant.** ) | |

_____

## ENTRY OF APPEARANCE

Todd N. George enters his appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through Plaintiff's attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 16th day of May 2007.

                                                NELSON COHEN
                                                United States Attorney

                                                /s/Todd N. George
                                                TODD N. GEORGE
                                                Special Assistant U.S. Attorney
                                                101 12th Avenue, Room 310
                                                Fairbanks, Alaska 99701

Telephone: (907) 353-6511
Fax:(907) 353-6501
todd.n.george@wainwright.army.mil
WA Bar No. 30436

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2007,
A copy of the foregoing **ENTRY OF APPEARANCE**
was served via Electronic Filing on:

M. J. Haden,
Attorney for Defendant

/s/Todd N. George