PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.   Case No.   4:04-CR-00029-001

Hayley D. Musgrove

It appearing that the above-named has completed the terms of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on June 23, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE     2007

Toni M. Ostanik                           Date
U.S. Probation/Pretrial Services
                                          er

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 13 day of July, 2007.

REDACTED SIGNATURE

Terrance W. Hall
U.S. Magistrate Judge